IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-65-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| JOHN MICHAEL MERRILL, | |
| Defendant. | |

## I. Synopsis

Defendant John Michael Merrill (Merrill) has been accused of violating the conditions of his supervised release. Merrill admitted all of the alleged violations. Merrill's supervised release should be revoked. Merrill should be placed in custody for 14 months, with no supervised release to follow.

## II. Status

Merrill pleaded guilty to being a Felon in Possession of Ammunition on June 6, 2006. (Doc. 26). The Court sentenced Merrill to 63 months of custody, followed by 3 years of supervised release. (Doc. 34). Merrill's current term of supervised release began on April 8, 2015. (Doc. 43 at 1).

**Petition**

The United States Probation Office filed an Amended Petition on June 8, 2020, requesting that the Court revoke Merrill's supervised release. (Doc. 43). The Amended Petition alleged that Merrill had violated the conditions of his supervised release: 1) by consuming alcohol; 2) by using methamphetamine; and 3) by committing other crimes.

**Initial appearance**

Merrill appeared before the undersigned for his initial appearance on June 9, 2020. Merrill was represented by counsel. Merrill stated that he had read the petition and that he understood the allegations. Merrill waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on June 9, 2020. Merrill admitted that he had violated the conditions of his supervised release: 1) by consuming alcohol; 2) by using methamphetamine; and 3) by committing other crimes. The violations are serious and warrant revocation of Merrill's supervised release.

Merrill's violations are Grade A violations. Merrill's criminal history

2

category is VI. Merrill's underlying offense is a Class C felony. Merrill could be incarcerated for up to 24 months. Merrill could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 33 to 41 months.

## III. Analysis

Merrill's supervised release should be revoked. Merrill should be incarcerated for 14 months, with no supervised release to follow. This sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Merrill that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Merrill of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Merrill that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That John Michael Merrill violated the conditions of his supervised release: by consuming alcohol; by using methamphetamine; and by committing other crimes.

The Court **RECOMMENDS:**

That the District Court revoke Merrill's supervised release and commit Merrill to the custody of the United States Bureau of Prisons for 14 months, with no supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 10th day of June, 2020.

John Johnston
United States Magistrate Judge